D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DR. GERALD FINKEL, as Chairman of the Joint Industry :   07-CV-2145 (ARR)(SMG)
Board of the Electrical Industry,                      :
                                                       :
                        Plaintiff,                     :   NOT FOR
        -against-                                      :   PRINT OR ELECTRONIC
                                                       :   PUBLICATION
RICO ELECTRIC, INC.,                                   :
                                                       :   ORDER
                        Defendant.                     :
---------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 22, 2009 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: October 16, 2009
       Brooklyn, New York

1

SERVICE LIST:

        Plantiff's Attorneys
        David Ronald Hock, Esq.
        Cohen, Weiss & Simon, LLP
        330 W. 42nd Street
        25th Floor
        New York, NY 10036

        Ilona Margaret Turner, Esq.
        39 Boardman Place
        # 204
        San Francisco, CA 94103

        Defendant's Attorney
        No attorney appearance.

cc:    Magistrate Judge Gold