UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DR. GERALD FINKEL, as Chairman of the      JUDGMENT
Joint Industry Board of the Electrical Industry,     07-CV- 2145 (ARR)

                       Plaintiff,

-against-

RICO ELECTRIC, INC.,

                       Defendant.
------------------------------------------------------------------X

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 16, 2009, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 22, 2009; and directing the Clerk of Court to enter judgment accordingly holding defendant Rico Electric, Inc., liable the plaintiff in the plaintiff for the following amounts:

        (i)     $61,760.31 in unpaid contributions;

        (ii)    $7,817.68 for the audit deficiency;

        (iii)   $4,295.69 in interest;

        (iv)   $20,105.921 in statutory liquidated damages; and

        (v)    $12,683.00 in attorney's fees and $931.46 in costs;

JUDGMENT
07-CV- 2145 (ARR)

and further ordering that the Clerk of Court calculate interest on the unpaid contributions at the time of judgment as follows:

| Plan   | Audit Deficiency | Interest Rate    | Date Interest Starts | Total Interest |
|--------|------------------|------------------|----------------------|----------------|
| DEN    | $253.82          | 7%               | March 23, 2007       | $45.91         |
| E&C    | $24.88           | 7%               | March 23, 2007       | $4.51          |
| VHUI   | $1,617.45        | 7%               | March 23, 2007       | $293.13        |
| 401(k) | $951.81          | 7%               | March 23, 2007       | $172.51        |
| PHBP   | $3,659.19        | 7%               | March 23, 2007       | $663.17        |
| JIB    | $128.53          | 7%               | March 23, 2007       | $23.30         |
| EESISP | $777.63          | 7%               | March 23, 2007       | $140.92        |
| Dues   | $31.11           | 7%               | March 23, 2007       | $5.64          |
| NEHB   | $373.26          | 10% (compounded) | March 23, 2007       | $148.35        |

JUDGMENT
07-CV- 2145 (ARR)

| Plan | Unpaid Contributions | Interest Rate | Date Interest Starts | Total Interest |
|---|---|---|---|---|
| PHBP | $23,047.24 | 6% | April 23, 2008 | $2,079.66 |
| DEN | $2,589.14 | 6% | April 23, 2008 | $233.66 |
| ANN | $9,000.70 | 6% | April 23, 2008 | $812.28 |
| E&C | $678.27 | 6% | April 23, 2008 | $61.20 |
| VHUI | $816.27 | 6% | April 23, 2008 | $73.67 |
| JIB | $210.11 | 6% | April 23, 2008 | $18.97 |
| Dues | $210.47 | 6% | April 23, 2008 | $19.00 |
| COPE | $4.48 | 6% | April 23, 2008 | $.41cents |
| ESSISP | $4,407.07 | 6% | April 23, 2008 | $397.73 |
| 401(k) | $19,979.18 | 6% | April 23, 2008 | $1,803.05 |
| NEBF | $820.38 | 10% (compounded | April 23, 2008 | $3,762.63; |

and that it is,

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff defendant Rico Electric, Inc., in the amounts and at the interest indicated above.

Dated: Brooklyn, New York
      October 23, 2009

/S/
ROBERT C. HEINEMANN
Clerk of Court